UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 2:20-CR-0071-TOR |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| vs. | |
| HELMUT UWE BORCHERT, | |
| Defendant. | |

BEFORE THE COURT is the United States' oral Motion for an Order Declaring the Preliminary Order of Forfeiture Final.

On July 15, 2021, the Court entered the Preliminary Order of Forfeiture (ECF No. 44) in accordance with 21 U.S.C. § 853, forfeiting the following listed asset to the United States:

> All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known as 1903 East Main Avenue, Spokane, Washington, legally described as follows:
>
> LOT FOUR (4), BLOCK SEVENTY (70), SUBDIVISION OF SCHOOL SECTION 16, TOWNSHIP 25 NORTH, RANGE 43 EAST, W.M., ACCORDING TO THE PLAT RECORDED IN VOLUME "D" OF PLATS PAGE 100, IN THE CITY OF SPOKANE, SPOKANE COUNTY, WASHINGTON
> Tax Parcel No. 35163.2704

FINAL ORDER OF FORFEITURE ~ 1

In accordance with Fed. R. Crim. P. 32.2(b)(4)(A) and (B) the Preliminary Order of Forfeiture became final as to the Defendant at sentencing and was included in the Judgment. ECF No. 56.

The United States published notice of the preliminary order. *See* ECF No. 53 (publication dates July 16, 2021 to August 14, 2021). The time for filing petitions for said asset, as provided in Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n), expired on September 14, 2021, and no petitions or claims for said asset were filed (timely or not).

On July 16, 2021, the United States sent direct notice to potential claimant, DSHS, Economic Services Administration, Office of Financial Recovery – Estate Recovery. *See* ECF No. 54. The time for filing a petition expired on August 15, 2021, and no petitions or claims for said asset were filed (timely or not).

**ACCORDINGLY, IT IS HEREBY ORDERED** that:

1. The Government's oral Motion for Order Declaring the Preliminary Order of Forfeiture Final is **GRANTED.**

2. The Court's July 15, 2021, Preliminary Order of Forfeiture is **FINAL** as to any and all persons and entities; the real property is hereby forfeited to the United States.

3. The forfeited real property shall be disposed of in accordance with law.

FINAL ORDER OF FORFEITURE ~ 2

4. The District Court Clerk is directed to enter this Order and provide copies to counsel.

DATED: October 14, 2021.



THOMAS O. RICE
United States District Judge

FINAL ORDER OF FORFEITURE ~ 3